DOLLAR SAVINGS BANK OF THE CITY OF NEW YORK, Appellant, v. SUNNYBROOK ASSOCIATES, INC., Respondent, et al., Defendants. HENRY G. WALTEMADE, as Receiver, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 272 App. Div. 734.]

In the Matter of MORRIS ROTHMAN, Appellant, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 272 App. Div. 1051.]

DISTILLERS FACTORS CORPORATION v. GLENMORE DISTILLERS CO., INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 272 App. Div. 1051.]

RUTH LINDER v. HYMAN LINDER.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 272 App. Div. 1045.]

In the Matter of the Arbitration between SAMUEL SWISLOCKI and EPHRAIM SPIEWAK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See ante, p. 768.]

TEACHERS COLLEGE, Respondent, v. NATHANIEL L. GOLDSTEIN, as Attorney-General of the State of New York, et al., Respondents, and DONALD ELLIOTT et al., Infants, by HARRISON S. ELLIOTT, Their Guardian, et al., Interveners, Appellants.— Motion for reargument denied. The order filed on January 2, 1948, however, is resettled so as to allow costs and disbursements to the intervening defendants-appellants against Teachers College. Resettle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 11.]

ETHEL FIDANQUE v. R. FRED FIDANQUE.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See ante, p. 758.]

LITTLE CARNEGIE REALTY CORPORATION, Respondent, v. DELMONICO MOVIE-NEWS THEATRES, INC., Tenant, FIRST RUN FILMS, INC., Tenant-Appellant, et al., Undertenants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See ante, p. 45.]

### (January 26, 1948.)

MICHAEL GOLODETZ et al., Copartners Doing Business under the Name of M. GOLODETZ & Co., Respondents, v. JUAN J. MARCH, S. de R. L., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED JOHNS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

LUTZ & SHEINKMAN, Respondent, v. MICHAEL ROTH et al., Copartners Doing Business under the Name of ASSOCIATED NOVELTIES COMPANY, Appellants.—